Frank Orr and Margaret T. Yates, executors, v. Bertha M. Graham, Anna R. Rush and Eli Williams, appellants. Catherine Rush, appellee. Gen. No. 7,904.

Bill for appointment of trustee and to establish trust. Decree for complainants. Appeal from the Circuit Court of Pike county; the

Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the October term, 1925. Reversed in part, affirmed in part. Opinion filed December 31, 1925.

L. T. Graham, for appellants. Williams & Williams, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.